# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

### WILLIAM C. WREN, Respondent, v. THE COSMOPOLITAN GAS COMPANY AND ANOTHER, Appellants.

*Injunction — when sending of letters or circulars will not be restrained by.*

The plaintiff was the owner of several patents relating to the manufacture of gas, his process being known as "Wren's process," "Wren's gas-works" and "Wren's process in making gas." The defendant acquired the right, under another patent taken out by Mrs. Wren, plaintiff's wife, to manufacture gas in the State of Massachusetts, by what is generally called "Wren's patent or process."

Letters were written by the defendant, to persons in the State of Massachusetts, who were negotiating with the plaintiff for the introduction of his gas-works, in the following form : " We are informed you are about negotiating for gas-works, under the 'Wren's patent or process ;' we desire to inform you that your city and State are our territory, and none excepting our company, have any right or authority to dispose of, contract for or erect any works therein, under this process; any information you may desire in reference thereto, will be furnished you by application in writing (or in person) at the office of the company."

In an action brought by the plaintiff to restrain the publication and sending of such letters, *held*, that he was not entitled to recover. That the letters meant no more than that the defendant would not permit infringements of its patent.

APPEAL from an order continuing an injunction granted in this action.

*Steele & Boyd*, for the appellants.

*B. E. Valentine*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.